Justice Willett,
joined by Justice Devine, concurring.
A leader is someone who helps improve the lives of other people or improve the system they live under.[1] —Sam Houston
I join the Court’s opinion but write separately to underscore one important thing: The city that bears President Houston’s name, while prevailing on the takings claim, acted rather shabbily toward its citi *834 zens residing at Park Memorial Condominiums.
After learning of the alleged code violations, the City hastily ordered residents from their homes when lesser means of enforcement were available. And when property owners raised legitimate concerns, City officials enforced the order in direct contravention of state law and the City’s own protocol. See City of Houston v. Carlson, 398 S.W.Sd 350, 357-61 (Tex.App.-Houston [14th Dist.] 2012, no pet.). In so doing, they ran afoul of the due-process requirements of the United States and Texas Constitutions. Id. In short, the City disregarded the constitutional rights of its own citizens.
Houstonians deserve better.

. This quote is widely attributed to President Houston. A similar limited-government sentiment is found engraved near the gleaming white, 67-foot "Big Sam” statue in Huntsville, "the World’s Tallest Statue of an American Hero”:
The great misfortune is that a notion obtains with those in power that the world, or the people, require more governing than is necessary. To govern well is a great science, but no country is ever improved by too much governing ... most men think when they are elevated to position, that it requires an effort to discharge their duties, and they leave common sense out of the question.
Sam Houston Statue, http://www.huntsville texas.com/department/division.php?fDD=4-12 (last visited Dec. 17, 2014).